UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GERARD NEDA,

                     Plaintiff,

           -v-

BOY SCOUTS OF AMERICA,

                     Defendant.
------------------------------------------------------------------X

20-CV-1519 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      On June 11, 2020, Defendant advised the court that "this action has been stayed" in light of pending bankruptcy proceedings in the United States Bankruptcy Court for the District of Delaware. ECF No. 6. No later than **September 1, 2020**, the parties shall file a joint letter describing the status of any efforts to resolve this matter as part of an overall bankruptcy resolution with the Boy Scouts of America; whether litigation is stayed pursuant to a consent order entered in the Bankruptcy Court; if so, when the stay is scheduled to expire; and whether either party believes that the Court should take any action at that time. Unless and until the stay is lifted, the parties shall file a similar status letter every **three months thereafter**.

      SO ORDERED.

Dated: August 13, 2020
       New York, New York

_____
JESSE M. FURMAN
United States District Judge