UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
GERARD NEDA,                                                         :
                                                                     :
                                   Plaintiff,                        :
                                                                     :                20-CV-1519 (JPC)
                -v-                                                  :
                                                                     :                NOTICE OF
BOY SCOUTS OF AMERICA,                                               :                REASSIGNMENT
                                                                     :
                                   Defendant.                        :
                                                                     :
---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020

JOHN P. CRONAN, United States District Judge:

      This case has been reassigned to the undersigned.  This action remains stayed in its entirety pending further order of this Court.  The parties are hereby ordered to continue filing a joint status update every three months pursuant to The Honorable Jesse M. Furman's Order dated August 13, 2020 (Dkt. 7), with the next status letter due December 1, 2020.  Parties are reminded that these status updates should be joint letters, and submitted with approval of both parties.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.**

      In accordance with the Court's Individual Rules and Practices, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5)

whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

SO ORDERED.

Dated: October 13, 2020
      New York, New York

JOHN P. CRONAN
United States District Judge