```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
GERARD NEDA,                                                     :
                                                                 :
                              Plaintiff,                         :      20 Civ. 1519 (JPC)
                                                                 :
                -v-                                              :      ORDER
                                                                 :
BOY SCOUTS OF AMERICA,                                           :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 18, 2020, Defendant Boy Scouts of America ("BSA") and an affiliated entity filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, *In re: Boy Scouts of America and Delaware BSA, LLC*, No. 20-10343 (D. Del.). On February 20, 2020, Defendant BSA removed this action from New York Supreme Court, New York County, to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. §§ 1334 and 1452(a), and Rule 9027 of the Federal Rules of Bankruptcy Procedure. Dkt. 1. In connection with its filing of the notice of removal, Defendant BSA filed a motion to transfer venue pursuant to 28 U.S.C. §§ 157(b)(5) and 1334(b) in the United States District Court for the District of Delaware, seeking to consolidate the Pending Abuse Actions into the Delaware District Court. *Id.*

On April 1, 2020, Defendant informed the Court that "this case has been stayed pursuant to the terms of the notice of the entry of the *Consent Order Pursuant to 11 U.S.C. §§ 105(a) and 362 Granting the BSA's Motion for a Preliminary Injunction* entered by the United States Bankruptcy Court for the District of Delaware on March 30, 2020." Dkt. 4. The Honorable Jesse M. Furman, to whom this case was previously assigned, directed the parties to submit a joint letter every three

months updating the Court regarding the status of the bankruptcy proceeding in the District of Delaware and the status of the Pending Abuse Actions.  Dkt. 7.

On September 29, 2020, this case was reassigned to the undersigned and the parties were directed to continue complying with Judge Furman's order regarding status letters.  Dkt. 9 at 1.  On August 19, 2021, Defendant BSA informed the Court that stay of this action has been extended through October 28, 2021.  Dkt. 12.  It has been over 60 days since the parties' last update to the Court.  It is hereby ORDERED that, by December 17, 2021, the parties shall provide an update regarding the status of the bankruptcy proceeding, including the extension of the stay of this action, and the Pending Abuse Actions.  The parties are reminded to provide an update every three months as previously ordered by the Court.

SO ORDERED.

Dated: December 6, 2021
       New York, New York

                                          _____
                                              JOHN P. CRONAN
                                           United States District Judge