UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
GERARD NEDA,                                                       :
:
Plaintiff,                             :
:
-v-                                    :                   20 Civ. 1519 (JPC)
:
BOY SCOUTS OF AMERICA,                                             :                   ORDER
:
Defendant.                             :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On August 13, 2020, the Court ordered the parties to file a status letter every three months.

Dkt. 7.  Pursuant to that Order, the parties were required to submit a status update by March 17,

2026, but failed to do so.  The parties shall file a status update no later than March 30, 2026.

SO ORDERED.

Dated: March 23, 2026
New York, New York

_____
JOHN P. CRONAN
United States District Judge