UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                      :

GERALD NEDA,                      :

          Plaintiff,           :

          -v-               :          20 Civ. 1519 (JPC)

BOY SCOUTS OF AMERICA,        :            ORDER

          Defendant.         :

-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On April 16, 2026, Plaintiff submitted a letter stating that, "[b]y operation of the [Boy Scouts of America Reorganization] Plan becoming effective, this instant action is dismissed." Dkt. 37. The same day, the Court ordered that "Plaintiff must advise the Court if he objects to the dismissal of this action with prejudice." Dkt. 38. That deadline has passed and the docket does not reflect a response from Plaintiff. The Court therefore dismisses Plaintiff's claims with prejudice.

      SO ORDERED.

Dated: April 27, 2026
      New York, New York

                              JOHN P. CRONAN
                        United States District Judge